**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| VAMSIDHAR VURIMINDI, | : | No. 16 EAP 2018 |
| | : | |
| Appellant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of October, 2018, the Motion to Dismiss for Mootness is GRANTED.